164 A.3d 1058

IN THE MATTER OF RACHEL L. BAXTER, AN ATTORNEY
AT LAW (ATTORNEY NO. 029102011)

July 19, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 17–142 of **RACHEL L. BAXTER** of **PISCATAWAY,** who was admitted to the bar of this State in 2012;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.15(a)(negligent misappropriation of client funds), and *RPC* 1.15(b)(failure to notify a client of receipt of funds to which the client is entitled and to promptly disburse those funds);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.15(a), and *RPC* 1.15(b), and that said conduct warrants a reprimand or such lesser discipline as the Board deems warranted;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket Nos. XIV–2016–0055E and XIV–2016–0353E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RACHEL L. BAXTER** of **PISCATAWAY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.